BLANCHE S. GOOLD, Appellant, *v.* JOHN J. SCHMITT et al., Respondents, Impleaded with Another.

(Argued February 15, 1929; decided March 19, 1929.)

*Charles B. Bechtold* for appellant.
*Smith O'Brien* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.